**No. 55108.**—Habib Shaban et al. v. United States, protests 138899–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55109.**—Amdelta Leather Co., Inc., et al. v. United States, protests 155454–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55110.**—Irving Ross, Inc. v. United States, protest 158655–K (Baltimore).

Opinion by JOHNSON, J. From an examination of the papers in the case the court was unable to find any evidence sufficient to overcome the action of the collector which was presumptively correct. The protest was therefore overruled.

JANUARY 10, 1951

**No. 55111.**—American Leather Mfg. Co. et al. v. United States, protests 147142–K, etc.— Plaintiffs' application for rehearing granted.

JANUARY 9, 1951

**No. 55112.**—SUIT 4642.—J. J. Gavin & Co., Inc. (Salomon & Phillips) v. United States.— affirmed October 31, 1950. C. A. D. 441.

JANUARY 12, 1951

**No. 55113.**—SUIT 4649.—Maynard & Child, Inc. v. United States.—

(Appeal dismissed October 31, 1950.)